1  RIMAC MARTIN, P.C.
   Anna M. Martin – CSBN 154279
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA 94115
   Telephone:  415.561-8440
4  Facsimile:  415.561-8430

5
   Attorneys for Defendant
6  LIFE INSURANCE COMPANY OF NORTH
   AMERICA
7

8  **ERISA LAW GROUP**
   Thornton Davidson (SBN 166487)
9  thornton@erisalg.com
   Robert J. Rosati (SBN 112006)
10 robert@erisalg.com
   2055 San Joaquin Street
11 Fresno, CA 93721-2717
   Telephone:  559.256.9800
12 Facsimile:  559.256.9795

13
   Attorneys for Plaintiff
14 VERONICA GORDON

15
                    IN THE UNITED STATES DISTRICT COURT
16
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
17
                            SACRAMENTO DIVISION
18

19 VERONICA GORDON              )  CASE NO.  2:13-CV-01554 MCE AC
                                )
20           Plaintiff,          )  **STIPULATION TO EXTEND TIME**
                                )  **FOR DEFENDANTS TO RESPOND TO**
21 v.                           )  **PLAINTIFF'S COMPLAINT;**
                                )  **[PROPOSED] ORDER**
22 LIFE INSURANCE COMPANY OF    )
   NORTH AMERICA,               )
23                              )
                                )
24           Defendant.          )
                                )
25 _____

26                                        1
27 STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
                      COMPLAINT; [PROPOSED] ORDER
28                    Case No.  2:13-CV-01554 MCE AC

1    IT IS HEREBY STIPULATED by and between the parties hereto through their
2 respective attorneys that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA
3 may have additional time within which to answer or otherwise respond to plaintiff's complaint.
4 Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is
5 Thursday, September 12, 2013.
6    Good cause exists for this extension as defense counsel has just been assigned to this case
7 and requires time to become knowledgeable about the case to prepare an initial pleading.
8 Additionally, defense counsel will be out of town from August 28, 2012 through September 7,
9 2013 and September 14, 2013 through September 21, 2013 on business.
10    This document is being electronically filed through the Court's ECF System. In this
11 regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable
12 to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing
13 of this document; and (3) a record supporting this concurrence is available for inspection or
14 production if so ordered.

Respectfully submitted,

**RIMAC MARTIN, P.C.**

DATED: August 22, 2013                By: /s/ *Anna M. Martin*
                                      ANNA M. MARTIN
                                      Attorneys for Defendants
                                      LIFE INSURANCE COMPANY OF NORTH AMERICA

DATED: August 22, 2013                **ERISA LAW GROUP**

                                      By:   /s/ *Thornton Davidson*
                                      THORNTON DAVIDSON
                                      Attorneys for Plaintiff
                                      VERONICA GORDON

2
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT; [PROPOSED] ORDER
Case No. 2:13-CV-01554 MCE AC

1  Pursuant to stipulation, **IT IS SO ORDERED.**

2

3

4  Dated: _____            _____
                                      JUDGE MORRISON C. ENGLAND, JR.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                            3
27  STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
                         COMPLAINT; [PROPOSED] ORDER
28              Case No.  2:13-CV-01554 MCE AC

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On August 22, 2013, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER***

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on August 22, 2013 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin Hale | /s/ Robin Hale |
|---|---|
| (Type or print name) | (Signature) |