| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| | Anna M. Martin – CSBN 154279 |
| 2 | amartin@rimacmartin.com |
| | 1051 Divisadero Street |
| 3 | San Francisco, CA 94115 |
| | Telephone: 415.561-8440 |
| 4 | Facsimile: 415.561-8430 |
| 5 | |
| | Attorneys for Defendant |
| 6 | LIFE INSURANCE COMPANY OF NORTH |
| | AMERICA |
| 7 | |
| 8 | **ERISA LAW GROUP** |
| | Thornton Davidson (SBN 166487) |
| 9 | thornton@erisalg.com |
| | Robert J. Rosati (SBN 112006) |
| 10 | robert@erisalg.com |
| | 2055 San Joaquin Street |
| 11 | Fresno, CA 93721-2717 |
| | Telephone: 559.256.9800 |
| 12 | Facsimile: 559.256.9795 |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | VERONICA GORDON |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | | |
|---|---|---|
| VERONICA GORDON | ) | CASE NO. 2:13-CV-01554 MCE AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME** |
| | ) | **FOR DEFENDANTS TO RESPOND TO** |
| v. | ) | **PLAINTIFF'S COMPLAINT; ORDER** |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

1

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT; ORDER
Case No. 2:13-CV-01554 MCE AC

1  IT IS HEREBY STIPULATED by and between the parties hereto through their
2  respective attorneys that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA
3  may have additional time within which to answer or otherwise respond to plaintiff's complaint.
4  Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is
5  Thursday, September 12, 2013.

6  Good cause exists for this extension as defense counsel has just been assigned to this case
7  and requires time to become knowledgeable about the case to prepare an initial pleading.
8  Additionally, defense counsel will be out of town from August 28, 2012 through September 7,
9  2013 and September 14, 2013 through September 21, 2013 on business.

10  This document is being electronically filed through the Court's ECF System.  In this
11  regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable
12  to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing
13  of this document; and (3) a record supporting this concurrence is available for inspection or
14  production if so ordered.

15                                          Respectfully submitted,

16                                          **RIMAC MARTIN, P.C.**

17  DATED:  August 22, 2013                 By:  /s/ Anna M. Martin
18                                          ANNA M. MARTIN
                                            Attorneys for Defendants
19                                          LIFE INSURANCE COMPANY OF NORTH
                                            AMERICA
20

21  DATED:  August 22, 2013                 **ERISA LAW GROUP**

22                                          By:     /s/ Thornton Davidson
                                            THORNTON DAVIDSON
23                                          Attorneys for Plaintiff
                                            VERONICA GORDON
24

25

26                                          2
27  STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
                                COMPLAINT; ORDER
28                          Case No.  2:13-CV-01554 MCE AC

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Thursday, September 12, 2013.

Dated: August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT