# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VERONICA GORDON, | Case No. 2:13-cv-01554-MCE-AC |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT REPORT** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Pursuant to the stipulation of the Parties (ECF No. 14), and for good cause shown, an extension of time to file the joint case management report is hereby granted extending the time to file by two weeks to October 13, 2013.

**IT IS SO ORDERED.**

Date: October 02, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT