**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

THORNTON DAVIDSON, No. 166487
thornton@erisalg.com
ROBERT J. ROSATI, No. 112006
robert@erisalg.com
**ERISA LAW GROUP LLP**
6485 North Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Facsimile: 559-478-5939

Attorneys for Plaintiff
VERONICA GORDON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| VERONICA GORDON, | CASE NO. 2:13-CV-01554 MCE AC |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

1

1   IT IS HEREBY STIPULATED by and between the Plaintiff VERONICA GORDON and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED: November 13, 2013         By: /s/ Anna M. Martin
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA

**ERISA LAW GROUP LLP**

Date: November 13, 2013

/s/ Robert J. Rosati
ROBERT J. ROSATI, No. 112006
Attorneys for Plaintiff
VERONICA GORDON

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT